No. 16,571.

MONTOYA *v*. MONTOYA.
(237 P. [2d] 116)

Decided October 29, 1951.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. H. GORDON HOWARD, for plaintiff in error.

Mr. L. F. BUTLER, Mr. F. J. KRETSCHMER, JR., for defendant in error.